

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Choice Hotels International, Inc., Appellant

No. 06-18-00074-CV          v.

Onkar Lodging, Inc., Harbhajan Nahal, and
Maljinder Singh, Appellees

Appeal from the 202nd District Court of
Bowie County, Texas (Tr. Ct. No.
15C0621-202).  Opinion delivered by Chief
Justice Morriss, Justice Burgess and Justice
Stevens participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below.  Therefore, we reverse the judgment of the trial court denying confirmation of the arbitration award and ordering a new arbitration and render judgment confirming the award.

We further order that the appellees, Onkar Lodging, Inc., Harbhajan Nahal, and Maljinder Singh, pay all costs of this appeal.

RENDERED JUNE 5, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk